OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFP.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 15 2015

WR-17,070-14

Writ of Habeas Corpus has been received

Abel Acosta, Clerk

10/5/2015
GARDNER, KIRBY
On this day, the application for 11.07 Writ of Habeas Corpus
and presented to the Court.

Tr. Ct. No. 831335-E

No record
KIRBY GARDNER